No. 01–1158. JAZZ PHOTO CORP. ET AL. v. INTERNATIONAL TRADE COMMISSION ET AL.; and

No. 01–1376. FUJI PHOTO FILM CO., LTD. v. JAZZ PHOTO CORP. ET AL. C. A. Fed. Cir. Motion of petitioners in No. 01–1158 for leave to file petition for writ of certiorari under seal with redacted copies for the public granted. Motion of American Free Trade Association for leave to file a brief as *amicus curiae* granted. Motion of respondent Fuji Photo Film Co., Ltd., in No. 01–1158, for leave to file a brief in opposition under seal with redacted copies of the brief for the public granted. Motion of Costco Wholesale Corp. for leave to file a brief as *amicus curiae* granted. Motion of Grandway USA Corp. to be substituted in place of petitioner Dynatec International, Inc., denied. Motion of petitioner in No. 01–1376 for leave to file cross-petition for writ of certiorari under seal with redacted copies for the public granted. Motion of respondents Jazz Photo Corp. et al. for leave to file a.

supplemental brief in No. 01–1376 under seal with redacted copies for the public granted. Certiorari denied.